UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


GOPINATH GOPLAM

VERSUS

CITY OF GONZALES, THROUGH
MAYOR BARNEY ARCENEAUX, ET AL

CIVIL ACTION

NUMBER 12-542-JJB-SCR


### SCHEDULING ORDER
### (INCLUDING PRETRIAL CONFERENCE AND TRIAL DATES)

Considering the information contained in the Status Report filed November 20, 2012, record document number 9, the following scheduling order is entered pursuant to Rule 16, Fed.R.Civ.P.

- A. All fact discovery shall be completed and motions to compel fact discovery shall be filed by June 21, 2013.

- B. The parties shall make the initial disclosures required by Rule 26(a)(1), Fed.R.Civ.P., by January 31, 2013.

- C. Motions to amend the pleadings to add new parties or claims shall be filed by December 21, 2012.

- D. Plaintiff shall make the disclosure of persons who may be used at trial to present evidence under Rules 702, 703 or 705, Fed.R.Evid., by April 19, 2013. Defendants shall disclose such persons by May 31, 2013.

- E. Any person who will offer expert testimony for the plaintiff who is required by Rule 26(a)(2)(B), Fed.R.Civ.P., to produce a report shall produce such report by April 19, 2013. Defendants shall produce any required expert reports by June 28, 2013.

- F. Expert discovery, including depositions of expert witnesses, shall be completed by August 16, 2013.

- G. Dispositive motions **and *Daubert* motions** shall be filed by September 16, 2013.

H.  The parties shall file the final pretrial order by February 14, 2014. (Refer to the court's website for the district judge's pretrial order form.)[1]

I.  The final pretrial conference is set for March 20, 2014 at 3:30 p.m. in the chambers of the district judge.

J.  Motions in limine shall be filed by March 28, 2014 Response to motions in limine shall be filed by April 18, 2014.

K.  The parties shall file an affidavit describing their settlement efforts by May 2, 2014.

L.  Proposed voir dire questions, jury charges, jury interrogatories (verdict form), and trial briefs shall be filed by May 23, 2014.

M.  The case is assigned for a jury trial June 23-25, 2014, at 9:00 a.m. in Courtroom 1.

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. A second and any subsequent motion to extend the scheduling order deadlines must be supported with detailed information describing the discovery already completed, what necessary discovery remains, the parties efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties

---

[1] A link to the instructions can be found on the court's internet home page http://www.lamd.uscourts.gov. Strict compliance with these instructions will be required.

2

have diligently pursued their discovery. Motions for reconsideration by the magistrate judge of rulings granting or denying extensions of scheduling order deadlines will be considered as motions under either Rule 59 or Rule 60, Fed.R.Civ.P., depending on when the motion for reconsideration is filed. *See Lavespere v. Niagra Machine Tool Works*, 910 F.2d 167 (5th Cir. 1990), *cert. denied*, 510 U.S. 859, 114 S.Ct. 171 (1993).

**Motions to extend or otherwise change the deadlines in items H - M (pretrial order, pretrial conference, motions in limine, settlement affidavit, voir dire/jury charges/verdict form/trial briefs, and trial date) shall be directed to the district judge.**

Additionally, counsel are to confer promptly to discuss a rational commercial solution to this litigation. Within 15 days of expiration of the discovery deadline in "A" above, plaintiff is to convey to defendants an offer of settlement or inform defendants that no settlement is possible. Defendants are to respond within 15 days from receipt of such offer.

**IT IS FURTHER ORDERED that the scheduling conference set for December 6, 2012 is canceled.**

Baton Rouge, Louisiana, November 26, 2012.

*[signature: Stephen C. Riedlinger]*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

3