UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GOPINATH GOPALAM | C.A. NO. 12-542-JJB-SCR |
| VERSUS | JUDGE: BRADY |
| CITY OF GONZALES, THROUGH MAYOR BARNEY ARCENEAUX, ET AL | MAGISTRATE: RIEDLINGER |

**THE CITY OF GONZALES, SHERMAN JACKSON AND DAVID BREAUX'S MOTION FOR SUMMARY JUDGMENT SEEKING A DISMISSAL OF ALL OF PLAINTIFF'S FEDERAL AND STATE CLAIMS**

The City of Gonzales, Sherman Jackson and David Breaux ("Breaux") (hereinafter collectively referred to as the "City Defendants"), move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment against Gopinath Gopalam ("Plaintiff"), on the grounds that there is no genuine dispute as to any material fact, and the City Defendants are entitled to summary judgment as a matter of law, for the following reasons:

1.

Plaintiff's 42 U.S.C. § 1983 civil conspiracy claim should be dismissed because Breaux is entitled to qualified immunity.

2.

Alternatively, Plaintiff's 42 U.S.C. § 1983 civil conspiracy claim should be dismissed because Plaintiff has not and cannot produce any direct or circumstantial evidence of an agreement to violate Plaintiff's Fourth and Fourteenth Amendment rights.

3.

Plaintiff's 42 U.S.C. § 1983 supervisory liability claim against Sherman Jackson should be dismissed because there is no evidence that Sherman Jackson failed to supervise nor is there evidence of deliberate indifference.

3978312_1.docx

1

4.

Alternatively, Sherman Jackson is entitled to qualified immunity.

5.

Plaintiff's 42 U.S.C. § 1983 claims against the City of Gonzales should be dismissed because § 1983 liability cannot be based on *respondeat superior* and Plaintiff cannot prove a deprivation of a constitutional right pursuant to an official policy or custom.

6.

Plaintiff's negligence claim against Breaux must fail because there is no evidence that Breaux breached a duty, in the alternative, Breaux is entitled to discretionary immunity pursuant to La. R.S. § 9:2798.1.

7.

To the extent Plaintiff has asserted that the City of Gonzales is vicariously liable for Breaux's actions, that claim must fail as there is no direct liability against the individual officer.

8.

Plaintiff's intentional infliction of emotional distress claim must fail because there is no evidence of an intent to inflict emotional distress or extreme and outrageous conduct.

In support of their motion for summary judgment the City Defendants submit the following exhibits:

A. Excerpts of Deposition of David Breaux

B. Excerpts of Deposition of Wendell Smith

C. Declaration of David Breaux
    C-1    The City of Gonzales Incident Report, including David Breaux's narrative report for incident number 2011-00008429

D. Declaration of Sherman Jackson
    D-1    Citizen Complaint of Gopinath Gopalam

2

    D-2    Findings of Sherman Jackson

E. Excerpts of Deposition of Gopinath Gopalam
    E-1    Sublease Agreement between St. James Behavioral Health Hospital, Inc. and Sevenhills Healthcare, LLC

    E-2    Unsigned Sublease Agreement between St. James Behavioral Health Hospital, Inc. and APOLLO Management Consultants, LLC

WHEREFORE, the City of Gonzales, Sherman Jackson and David Breaux pray that their motion for summary judgment be granted and that Plaintiff's claims against them be dismissed with prejudice, at Plaintiff's costs.

Respectfully submitted,

s/ Katie D. Bell
Bradley C. Myers (#1499) (T.A.)
Brad.Myers@keanmiller.com
Katie D. Bell (#29831)
Katie.Bell@keanmiller.com
Amanda M. Collura (#33777)
Amanda.Collura@keanmiller.com
KEAN MILLER LLP
II City Plaza, 400 Convention Street, Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Fax: (225) 388-9133

***Attorneys for the City of Gonzales, Sherman Jackson, and David Breaux***

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2013 a true and correct copy of the City of Gonzales, Sherman Jackson, and David Breaux's Motion for Summary Judgment Seeking Dismissal of Plaintiff's Federal and State Claims was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

J. Christopher Alexander, Sr.
Attorneys and Counselors at Law
3751 Government Street, Suite A
Baton Rouge, LA 70806

Erin W. Lanoux
Robert Ryland Percy, III
Percy, Lanoux & Mumphrey
712 N. Burnside Avenue
Gonzales, LA 70737

Sidney A. Marchand, III
320 Chetimaches Street
Donaldsonville, LA 70346-0669

Pegram J. Mire, Jr.
1212 E Worthy St Ste A
Gonzales, LA70737
(225) 621-3219

Thomas Lockwood
12345 Perkins Rd., Bldg. 2, Suite 201
Baton Rouge, LA 70810

Baton Rouge, Louisiana this 16th day of September, 2013.

s/ Katie D. Bell