# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

## NOTICE

This record is sent electronically to all counsel of record in this case on appeal. There is no need for any further request of the record from the clerk of court.

Once you receive this notice of electronic filing, it will be your responsibility to either print or save the record. As with a regular filing, each recipient is entitled to one free look. In the event, you need an additional free look, please contact the clerk's office at 225-389-3500.

The clerk of court will retain the responsibility of sending the record to the court of appeals upon their request.

CLERK OF COURT

BY *Tina Russell*
Deputy Clerk